[Nos. 27400-4-III; 27731-3-III. Division Three. January 12, 2010.]

*In the Matter of the Marriage of* VIKI MCCARTNEY, *Appellant*, and MYLES A. MCCARTNEY, *Respondent*.

Appeals from a judgment of the Superior Court for Benton County, No. 02-3-00947-7, Craig J. Matheson, J., entered August 8, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 28048-9-III. Division Three. January 12, 2010.]

ROY FARMS, INC., *Appellant*, v. F&M CONSTRUCTION COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-2-00061-8, Robert N. Hackett, Jr., J., entered August 29, 2008. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 38464-7-II. Division Two. January 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DAVID CHARLES RHOADES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00572-4, Christine A. Pomeroy, J., entered October 16, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 27188-9-III. Division Three. January 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DAVID YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-1-00240-1, Allen Nielson, J., entered May 27, 2008. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.